BEFORE THE THIRD DIVISION, NOVEMBER 17, 1955

**No. 59460.**—D. C. Andrews & Company, Inc. *v.* United States, protest 258812–K (New York).

Opinion by Ekwall, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.